MICHAEL T. SUCHER
ATTORNEY AT LAW

26 COURT STREET SUITE 2412
BROOKLYN, NEW YORK 11242
(718) 522-1995
FAX: (718) 797-3174
E-MAIL: NYLAWYER@AOL.COM

MEMBER OF THE BAR:
NEW YORK — FLORIDA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 1 2 2005 ★

BROOKLYN OFFICE

July 7, 2005

Hon. Jack B. Weinstein
U.S. District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States of America
v. Melanie Tam
Docket No. CV-04-5356 (JBW) (VVP)

Dear Judge Weinstein:

This office is private counsel to the Department of Justice, and attorney for Plaintiff in the above case.

On April 22, 2005 a Motion seeking Entry of Judgment on Default was filed electronically in the above case. A courtesy copy of the same is enclosed herewith.

Please be advised that no answer, or any communication whatever was received from defendant in this matter, and the court's docket reveals no filing by defendant responsive to plaintiff's motion for judgment therein.

Accordingly, it is respectfully requested that Plaintiff's motion for judgment in the amount requested, with interest through the date of final entry on the debts sued upon, be granted herein.

Thank you for your attention to this matter.

Very truly yours,

Michael T. Sucher

MTS/ms
Encl.

cc: Melanie Tam
Defendant In Person
240-55 67th Avenue
Little Neck, NY 11362