UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x Civil Action No.: CV-04-5356 (JBW) (VVP)

UNITED STATES OF AMERICA,

           Plaintiff,

- against-

MELANIE TAM,

           Defendant.

------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 1 4 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Melanie Tam failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Melanie Tam:

**Claim No. C99-14561W**

| | |
|---|---:|
| Principal Balance: | $2,887.39 |
| Total Interest Accrued at 9.000%: | $4,977.01 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $8,044.40 |
| Attorney's Fees: | $ — |
| Total Owed: | $8,044.40 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

July 12, 2005

_____
Jack B. Weinstein
United States District Judge